United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E CISNEROS, | Case No. 19-cv-03930-JST |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING** |
| ALLIANZ LIFE INSURANCE OF NORTH AMERICA, | Re: ECF No. 9 |
| Defendant. | |

Before the Court is Defendant's motion to dismiss.  ECF No. 9.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for December 4, 2019, is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  November 25, 2019



JON S. TIGAR
United States District Judge