1  Michael P. Bradley - 070243
       MBradley@mpbf.com
2  Geoffrey T. Macbride - 278833
       GMacbride@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA 94108-5530
   Telephone:   (415) 788-1900
5  Facsimile:   (415) 393-8087

6  Attorneys for Defendant
   ALLIANZ LIFE INSURANCE COMPANY OF
7  NORTH AMERICA

8                     UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARIA CISNEROS,                          | Case No.: 4:19-cv-03930-JST
12 |                Plaintiff,                | **STIPULATION AND ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**
13 |        v.                                |
14 | ALLIANZ LIFE INSURANCE COMPANY OF        |
   | NORTH AMERICA, and DOES 1 through 10,    |
15 |                                          |
   |                Defendants.               |
16

- 1 -
STIPULATION AND ORDER DISMISSING ENTIRE CASE WITH PREJUDICE          CASE NO.
                                                                     4:19-CV-03930-JST

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff Maria Cisneros and Defendant Allianz Life Insurance Company of North America hereby stipulate to the dismissal with prejudice of the instant case in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For the purposes of this dismissal, no party shall be deemed to be the prevailing party against any other stipulating party, and each stipulating party shall bear its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: 1/14/2020

LAW OFFICES OF ROBERT G. CUMMINGS

By _____
Robert G. Cummings
Attorneys for Plaintiff
MARIA E. CISNEROS

Dated:

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Michael P. Bradley
Geoffrey T. Macbride
Attorneys for Defendant
ALLIANZ LIFE INSURANCE COMPANY OF
NORTH AMERICA

IT IS ORDERED, ADJUDGED, AND DECREED that the instant case shall be dismissed as stipulated above.

Dated:

By _____
Hon. Jon S. Tigar
JUDGE OF THE DISTRICT COURT

GTM.3644551.docx